AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Joshua Ryan LAZAR | ) Case No. 3:22mj2 |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 18, 2022__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a) (2) | Knowingly received or distributes any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer |

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.

_____
Complainant's signature

Adam R. Rodriguez  Special Agent / HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/18/2022__

_____
Judge's signature

City and state: __Scranton, Pennsylvania__    Karoline Mehalchick, Chief U.S. Magistrate Judge
Printed name and title